TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Phillip Rivett*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Rivett,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Experian Information Solutions, Inc.,<br>an Ohio corporation,<br>Trans Union, LLC,<br>a Delaware limited liability company, and<br>Discover Financial Services, Inc.,<br>a Delaware corporation,<br><br><br>                    Defendants. | Case No.:  2:16-cv-01069-JAT<br><br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |

1

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Experian Information Solutions, Inc., in the above-captioned case have reached a settlement. The parties anticipate filing a Notice of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc., ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 25th day of June, 2016.

KENT LAW OFFICES


By: _/s/_ _Trinette G. Kent_
Trinette G. Kent
Attorney for Plaintiff,
Phillip Rivett

2