**UNITED STATES DISTRICT COURT**

**U.S. DISTRICT OF ARIZONA**

| | |
|---|---|
| Philip Rivett,<br><br>    Plaintiff,<br><br>    vs.<br><br>Experian Information Solutions, Inc., an Ohio corporation; TransUnion LLC; and Discovery Financial Services, Inc.<br><br>    Defendants. | No. CV- 16-01069-PHX-JAT<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

PURSUANT TO STIPULATION (Doc. 31),

IT IS ORDERED that Defendant Experian Information Solutions, Inc. (only) is dismissed with prejudice.  Each party shall bear his or its own attorneys' fees and costs included herein.

Dated this 19th day of July, 2016.

*/s/ James A. Teilborg*
James A. Teilborg
Senior United States District Judge