IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Rivett,<br><br>  Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., an Ohio corporation, Trans Union, LLC, a Delaware limited liability company, and Discover Financial Services, Inc., a Delaware corporation,<br><br>  Defendants. | Case No. CV 16-01069-PHX-JAT<br><br>**ORDER OF DISMISSAL AS TO DEFENDANT DISCOVER ONLY** |

  The Court having considered the parties' stipulation for dismissal as to Defendant Discover Products, Inc., a Utah corporation, erroneously named herein as Discover Financial Services, Inc., a Delaware corporation ("Discover"), and good cause appearing,

  **IT IS ORDERED** that the stipulation (Doc. 32) is granted.  This action is dismissed with prejudice as to Defendant Discover only, with each party to bear its own attorneys' fees and costs.

  Dated this 19th day of July, 2016.

                    _____
                       James A. Teilborg
                     Senior United States District Judge