TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Rd.
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Phillip Rivett*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Rivett, | Case No.:  2:16-cv-01069-JAT |
| Plaintiff, | Hon. James A. Teilborg |
| vs. | |
| Experian Information Solutions, Inc., an Ohio corporation, Trans Union, LLC, a Delaware limited liability company, and Discover Financial Services, Inc., a Delaware corporation, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC, ONLY** |
| Defendants. | |

1

Plaintiff and Defendant Trans Union, LLC (hereinafter referred to as "Trans Union"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against Defendant Trans Union, only, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED this 7th day of October, 2016

KENT LAW OFFICES

By:    */s/ Trinette G. Kent*
Trinette G. Kent
*Attorney for Plaintiff*

PHILIP R. WOOTEN, P.C.
By:   /s/ *Philip R. Wooten*
Philip R. Wooten
Attorney for Defendant,
Trans Union LLC