# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Rivett,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, Trans Union LLC, and Discover Financial Services Incorporated,<br><br>　　　　Defendants. | No. CV-16-01069-PHX-JAT<br><br>**ORDER** |

　　　　PURSUANT TO STIPULATION (Doc. 41),

　　　　IT IS ORDERED that Defendant Trans Union, LLC ("Trans Union") is dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein.

　　　　IT IS FURTHER ORDERED that because Trans Union was the last remaining Defendant, the Clerk of the Court shall close this case.

　　　　Dated this 12th day of October, 2016.

_____
James A. Teilborg
Senior United States District Judge